

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-13-00708-CR

Enrique **GONZALEZ**, **JR**.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 12-CRD-36
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due August 4, 2014. No further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court